UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00046 |
| | ) | CHIEF JUDGE HAYNES |
| SCOTT BARRY SIDEMAN | ) | |

**ORDER**
This motion is GRANTED.
William J. Haynes Jr.
7-18-13

## MOTION TO CONTINUE SENTENCING HEARING

The defendant Scott Barry Sideman, through counsel, respectfully requests that this Honorable Court continue the sentencing hearing currently scheduled for Monday, July 29, 2013 at 2:30 p.m. (D.E. 14) until Friday, October 4, 2013, at a time which is convenient with the Court's docket. Mr. Sideman would show as follows:

1. Mr. Sideman received the presentence report on or about June 24, 2013, and provided his initial response to the Probation Office on July 11, 2013. After further discussion and review with the Probation Office, further issues have developed which require further review, including restitution and certain recommended special conditions. Mr. Sideman, through counsel, will be providing additional information to the Probation Office in an effort to resolve and agree to those issues.

2. Mr. Sideman requires additional time to raise funds to pay towards restitution and the forfeiture judgment entered by this Court. Finally, undersigned counsel will be out of the district the week prior to the currently scheduled sentencing date and would require additional time in which to prepare the necessary sentencing pleadings on Mr. Sideman's behalf.