IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT BARRY SIDEMAN, ) <br> ) <br> Defendant. ) | Case No. 3:13cr-00046 <br> Chief Judge Haynes |

## ORDER

Before the Court is the United States's motion to amend judgment to include forfeiture in accordance under Federal Rules of Criminal Procedure 32.2(b)(4)(B) and 36 (Docket Entry No. 30) that upon review is **GRANTED**. The Judgment in this action is **AMENDED** to include the forfeiture to the United States in the amount of sixty-six thousand two hundred twenty-three dollars eighty-five cents ($66,223.85) United States currency.

It is so **ORDERED**.

ENTERED this the 15 day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court